707 A.2d 510

COMMONWEALTH of Pennsylvania, Respondent,

v.

William GRIBBLE, Petitioner.

Supreme Court of Pennsylvania.

March 27, 1998.

512

**ORDER**

PER CURIAM

AND NOW, this 27th day of March, 1998, upon consideration of petitioner's emergency motion for a stay of execution, and the Commonwealth's concurrence with this application, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Gribble,* —— Pa. ——, 703 A.2d 426 (1997).